IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

       Plaintiff,   No. CIV S-10-2919 DAD (TEMP) P

  vs.

C.D.C., et al.,

       Defendants.   ORDER

_____/

      By order filed December 20, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: February 1, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kc
smit2919.fta